**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ROBERT JOSEPH GRILLS, JR.,

    Plaintiff,

v.                                                       CASE NO:  2:08-cv-15-FtM-UA-DNF

PHILIP MORRIS USA, and
REYNOLDS AMERICA, INC.,

    Defendants.
_____/

**O R D E R**

Plaintiff, proceeding *pro se*, has filed an amended complaint as directed by this Court in the order dismissing Plaintiff's original complaint entered October 22, 2008, at docket 45. Defendants have again filed motions to dismiss. Defendant Philip Morris USA contends Plaintiff's amended complaint still does not state a claim for relief. Defendant Reynolds American, Inc., argues that this Court lacks personal jurisdiction. After reviewing the Defendants' submissions, the Court again concludes that Plaintiff's complaint is woefully deficient for the reasons stated in the Court's dismissal order entered October 22, 2008.

Out of an abundance of caution, however, and in recognition of Plaintiff's *pro se* status, the Court will afford him one more opportunity to file a complaint which conforms to the requirements of the Federal Rules of Civil Procedure and establishes this Court's jurisdiction over Defendant Reynolds America, Inc. Plaintiff is placed on notice that this will be his last

opportunity to file a complaint and should his next complaint be found legally insufficient, the Court will dismiss this case with prejudice.

Accordingly, it is ordered and adjudged as follows:

1) Defendant Philip Morris USA's Motion to Dismiss Amended Complaint (Dkt. 48) is granted.

2) Plaintiff shall file an amended complaint which complies with the procedural requirements of the Federal Rules of Civil Procedure on or before December 12, 2008, failing which this Court will enter an order dismissing this case **with prejudice and without further notice**.

3) Defendants shall file their responses within fourteen (14) days of service.

4) Defendant Reynolds America, Inc.'s Second Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 47) is denied without prejudice to being renewed in response to Plaintiff's amended complaint.

**DONE AND ORDERED** at Tampa, Florida, on November 21, 2008.

　　　　　　　　　　　　　　　　　　s/*Richard A. Lazzara*
　　　　　　　　　　　　　　　　　　**RICHARD A. LAZZARA**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record